**Order entered November 28, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01096-CV

## TANTRUM STREET, LLC, Appellant

### V.

## KRISTINA KIT CARSON, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05170**

## ORDER

Before the Court is appellant's November 15, 2016 motion to consolidate interlocutory appeal and petition for writ of mandamus. We **GRANT** the motion and **ORDER** cause number 05-16-01330-CV **CONSOLIDATED** into cause number 05-16-01096-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-16-01330-CV and refile them in cause number 05-16-01096-CV and to treat cause number 05-16-01330-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-16-01096-CV.

/s/ ELIZABETH LANG-MIERS
JUSTICE